## EDMUND MACIOROWSKI

ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION
101 WEST LONG LAKE ROAD
BLOOMFIELD HILLS, MICHIGAN 48304
TEL (248) 646-6771   TELEFAX (248) 646-6928
www.emcustoms.com

EDMUND MACIOROWSKI
LYNN S. PREECE (ILLINOIS ONLY)
ANTHONY M. TROIA, JR.

LICENSED CUSTOMS BROKERS:
WILLIAM R. PURCELL
1941- 2008

May 22, 2012

Office of the Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**BY: FEDERAL EXPRESS**

Re: Marck & Associates, Inc. v. United States, Court No. 08-00306

Dear Sir/Madam:

Enclosed for filing in the referenced matter are the following physical exhibits:

| Item Number | Description | Plaintiff's Demonstrative Exhibit |
|---|---|---|
| CA-16-CB | 10 ¼" plate cancun cobalt blue | I |
| CA-6-CB | 6 5/8" plate cancun cobalt blue | II |
| CA-1-CB | 7 oz tall cup cancun cobalt blue | III |
| CA-2-CB | 6" saucer cancun cobalt blue | IV |
| CA-44-CB | 7" bowl cancun cobalt blue | V |
| CA-11-CB | 4 ¾" 4 oz fruit bowl cancun cobalt blue | VI |
| CA-14-CB | 13 ¼" platter cancun cobalt blue | VII |
| CA-45-CB | 10" bowl cancun cobalt blue | VIII |
| CA-61-CB | Sugar bowl w/lid cancun cobalt blue | IX |
| CA-60-CB | 14 oz. creamer cancun cobalt blue | X |

| Item Number | Description | Plaintiff's Representative Sample Marked |
|---|---|---|
| 1015 | el-grande mug | A. |
| 7168 | 3 finger c handle mug | B. |
| 286 | houston cup | C. |
| 39 | tulsa funnel cup | D. |
| 3476 | heartland bistro cup | E. |

| Item Number | Description | Plaintiff's Representative Sample Marked |
|---|---|---|
| 414 | milwaukee barrel mug | F. |
| 481 | canaveral cup | G. |
| 67 | topeka funnel cup | H. |
| 803 | spokane barrel mug | I. |
| 4110 | denver lightweight mug | J. |
| 1209 | santa fe campfire mug | K. |
| 1776 | heartland bistro cup | L. |
| 212 | new york barrel mug | M. |
| 3414 | c handle mug | N. |
| 1376 | st. paul bistro mug | O. |
| 1950 | cleveland mocha mug | P. |
| 209 | savannah endeavor cup | Q. |
| 7101 | titan mug | R. |
| 1276 | santa fe bistro | S. |
| 81015 | cancun el grande | T. |
| 617 | boston irish coffee mug | U. |
| 5176 | heartland bistro cup | V. |

Precluded from electronic filing; together with a copy of a Notice of Manual Filing in this matter.

Should you have any questions or comments, please feel free to contact us at your convenience.

Very truly yours,

EDMUND MACIOROWSKI, P.C.

By: Anthony M. Troia, Jr.

AT/sw
MAR-501
Enclosures

## CERTIFICATE OF SERVICE BY MAIL

Sally Wyborski certifies that she is an Administrative Assistant with offices located at EDMUND MACIOROWSKI, P.C., 101 West Long Lake Rd, Bloomfield Hills, Michigan 48304, and that on May 22, 2013, she served the attached papers upon:

Attorney in Charge<br>
International Trade Field Office<br>
Commercial Litigation Branch<br>
Department of Justice, Civil Div.<br>
26 Federal Plaza<br>
New York, New York 10278

**Attn**: Jason Kenner, Esq.

the attorney(s) the for said Defendant herein, by depositing a true copy thereof in an United States mail receptacle, properly enclosed, postage prepaid, addressed to said attorney(s) as indicated above.

/S/
Sally Wyborski

RECEIVED A [illegible]
2013 MAY 28  AM 10:08
U.S. COURT OF
INTERNATIONAL [illegible]